IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM JAMES REESE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-410-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

# **ORDER**

On August 27, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this motion (Doc. 1) is DENIED. Final judgment will be entered separately.

DONE this 23rd day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE